UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

JOHN BAL,                                              21 Civ. 4702 (GHW)(OTW)

                          Plaintiff,

      -v-                                           **NOTICE OF APPEAL**

U.S. DEPARTMENT OF THE TREASURY, OFFICE
OF FOREIGN ASSETS CONTROL, JASON E.
PRINCE, Chief Counsel, Office of Foreign Assets
Control, MARSHALL FIELDS, Assistant Director,
Office of Foreign Assets Control, and CHARLES BISHOP,
Sanctions Coordinator, Office of Foreign Assets Control,

                          Defendants.

------------------------------------------------------------------------x

**PLEASE TAKE NOTICE** that plaintiff John Bal in the above matter, appeals to the United States Court of Appeals for the Second Circuit from the Ordered entered on December 9, 2024 (ECF 155) that dismissed the plaintiff's First Amended Complaint claims against the defendants.

Dated: January 26, 2025

                                                                    Respectfully submitted,

                                                              /s/   John Bal
                                                              John Bal, *pro se*
                                                              85 Kenmare Street #35
                                                              New York, NY 10012
                                                              (212) 966-7576
                                                              nycjohn123@msn.com

CLOSED,APPEAL,ECF,MAGCONSENT,PRO–SE

# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:21–cv–04702–OTW

Bal v. U.S. Department of the Treasury  
Assigned to: Magistrate Judge Ona T. Wang  
Cause: 05:552 Freedom of Information Act

Date Filed: 05/25/2021  
Date Terminated: 12/10/2024  
Jury Demand: Plaintiff  
Nature of Suit: 895 Freedom of Information Act  
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**John Bal**    represented by    **John Bal**  
85 Kenmare Street  
Apartment #35  
New York, NY 10012  
Email: nycjohn123@msn.com  
PRO SE

V.

**Defendant**

**U.S. Department of the Treasury**  
*TERMINATED: 09/30/2021*

**Defendant**

**U.S. Dept. of the Treasury's Office of Foreign Assets Control**    represented by    **Alyssa O'Gallagher**  
DOJ–USAO  
86 Chambers St  
New York, NY 10007  
917–754–4386  
Email: alyssa.o'gallagher@usdoj.gov  
*ATTORNEY TO BE NOTICED*

**Defendant**

**Charles Bishop**    represented by    **Alyssa O'Gallagher**  
*Sanctions Coordinator, Office of Foreign Assets Control*    (See above for address)  
*ATTORNEY TO BE NOTICED*

**Defendant**

**PayPal, Inc.**    represented by    **Kamali Pettiford Willett**  
*TERMINATED: 12/14/2022*    Skadden, Arps, Slate, Meagher & Flom LLP  
One Manhattan West  
New York, NY 10001–8602  
212–735–2728  
Email: kamali.willett@skadden.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jason E. Prince**    represented by    **Alyssa O'Gallagher**  
*Chief Counsel, Office of Foreign Assets Control*    (See above for address)  
*ATTORNEY TO BE NOTICED*

**Defendant**

**"John Doe"**  
*an Executive or Agent of PayPal*

*TERMINATED: 12/14/2022*

**Defendant**

**Marshall Fields**　　　　　　　　　represented by **Alyssa O'Gallagher**
*Assistant Director, Office of Foreign*　　　　　　　(See above for address)
*Assets Control*　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Defendant**

**Robert Hurst**　　　　　　　　　　represented by **Kamali Pettiford Willett**
*(a/k/a "Bob"), Paypal Compliance*　　　　　　　(See above for address)
*Transaction Officer*　　　　　　　　*LEAD ATTORNEY*
*TERMINATED: 12/14/2022*　　　　　　*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/25/2021 | 1 | REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by John Bal. (sac) (Entered: 05/26/2021) |
| 05/25/2021 | 2 | COMPLAINT against U.S. Department of the Treasury. Document filed by John Bal. (sac) (Entered: 05/26/2021) |
| 05/25/2021 |  | Case Designated ECF. (sac) (Entered: 05/26/2021) |
| 05/25/2021 | 3 | PRO SE CONSENT TO RECEIVE ELECTRONIC SERVICE. The following party: John Bal consents to receive electronic service via the ECF system. Document filed by John Bal. (sac) (Entered: 05/26/2021) |
| 06/04/2021 | 4 | ORDER GRANTING IFP APPLICATION: Leave to proceed in this Court without prepayment of fees is authorized. 28 U.S.C. § 1915. (Signed by Judge Laura Taylor Swain on 6/4/2021) (vn) Transmission to Docket Assistant Clerk for processing. (Entered: 06/07/2021) |
| 06/15/2021 |  | NOTICE OF CASE REASSIGNMENT to Judge Mary Kay Vyskocil. Judge Unassigned is no longer assigned to the case..(wb) (Entered: 06/15/2021) |
| 06/15/2021 |  | Magistrate Judge Ona T. Wang is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf. (wb) (Entered: 06/15/2021) |
| 07/13/2021 | 6 | ORDER OF SERVICE: To allow Plaintiff to effect service on Defendant United States Department of the Treasury through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for this defendant. The Clerk of Court is further instructed to (1) mark the box on the USM-285 forms labeled "Check for service on U.S.A."; (2) issue a summons; and (3) deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon this defendant. Plaintiff must notify the Court in writing if his address changes, and the Court may dismiss the action if Plaintiff fails to do so. The Clerk of Court is directed to mail a copy of this order to Plaintiff, together with an information package. The Clerk of Court is further instructed to (1) complete the USM-285 forms with the address for the United States Department of the Treasury; (2) check the box on the USM-285 forms labeled "Check for service on U.S.A."; (3) issue a summons; and (4) deliver to the U.S. Marshals Service all documents necessary to effect service to this defendant. SO ORDERED. (Signed by Judge Mary Kay Vyskocil on 7/13/2021) (rj) Transmission to Pro Se Assistants for processing. (Entered: 07/13/2021) |
| 07/15/2021 | 7 | SUMMONS ISSUED as to U.S. Department of the Treasury. (aan) (Entered: 07/15/2021) |
| 07/15/2021 |  | FRCP 4 SERVICE PACKAGE HAND DELIVERED TO U.S.M.: on 7/15/2021 Re: Judge Mary Kay Vyskocil 6 Order of Service. The following document(s) were enclosed in the Service Package: Complaint, Summons, IFP, Order of Service, |

| | | |
|---|---|---|
| | | Completed U.S.M. form(s) for defendant(s) U.S. Department of the Treasury. (aan) (Entered: 07/15/2021) |
| 07/15/2021 | 8 | INFORMATION PACKAGE MAILED to John Bal 85 Kenmare Street Apartment #35 New York, NY 10012, at, on 7/15/2021 Re: 6 Order of Service. The following document(s) were enclosed in the Service Package: a copy of the order of service or order to answer and other orders entered to date, order granting IFP application, the individual practices of the district judge and magistrate judge assigned to your case, Instructions for Litigants Who Do Not Have Attorneys, Notice Regarding Privacy and Public Access to Electronic Case Files, a flyer about the free legal assistance clinic located in the Thurgood Marshall Courthouse (only in non prisoner cases), a Motions guide, a Notice of Change of Address form to use if your contact information changes, a handout explaining matters handled by magistrate judges and consent form to complete if all parties agree to proceed for all purposes before the magistrate judge, a form for you to complete if you consent to receive filings electronically (only in nonprisoner cases). (aan) (Entered: 07/15/2021) |
| 08/12/2021 | 9 | LETTER addressed to Judge Mary Kay Vyskocil from J. Bal, dated 8/12/21, re: As a result of issues related to the Covid-19 epidemic, I am temporarily in Chiang Mai, Thailand. I expect to return home in New York by 4/8/22. My temporary address in Thailand is: P.O. Box 55, Phrasing Post Office, A. Muang, Chiang Mai, Thailand 50205. I request that all Court-related communication be by email. Document filed by John Bal.(sc) (Entered: 08/12/2021) |
| 08/12/2021 | 10 | MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING, re: for Permission for John Bal to participate in electronic case filing in this case. Document filed by John Bal.(sc) (Entered: 08/12/2021) |
| 08/19/2021 | 11 | ORDER granting 10 Motion for Permission for Electronic Case Filing. Plaintiff's Motion for Permission for Electronic Case Filing [ECF No. 10] is GRANTED. SO ORDERED. (Signed by Judge Mary Kay Vyskocil on 8/19/2021) (vfr) (Entered: 08/19/2021) |
| 09/30/2021 | 12 | FIRST AMENDED COMPLAINT, re: amending 2 Complaint against "John Doe", Charles Bishop, Marshall Fields, Robert Hurst, PayPal, Inc., Jason E. Prince, U.S. Dept. of the Treasury's Office of Foreign Assets Control with JURY DEMAND.Document filed by John Bal. Related document: 2 Complaint.(sc) (Entered: 10/01/2021) |
| 10/28/2021 | 13 | LETTER addressed to Judge Mary Kay Vyskocil from J. Bal, dated 10/28/21 re: As I mentioned, I am temporarily in Thailand. From information which was available online, on 9/30/21, I filed a First Amended Complaint etc. To date, I have not received any indication the U.S. Marshal served the Summons & Complaint upon the defendant. If it is proper procedure, I request that the U.S. Marshal serve the Summons & First Amended Complaint and any other required documents upon the defendants. Document filed by John Bal.(sc) (Entered: 10/28/2021) |
| 01/04/2022 | 14 | ORDER OF SERVICE: The Court therefore extends the time to serve until 90 days after the date the summons is issued. If the amended complaint is not served within that time, Plaintiff should request an extension of time for service. See Meilleur v. Strong, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service); see also Murray v. Pataki, 378 F. App'x 50, 52 (2d Cir. 2010) ("As long as the [plaintiff proceeding IFP] provides the information necessary to identify the defendant, the Marshal' failure to effect service automatically constitutes 'good cause' for an extension of time within the meaning of Rule 4(m)."). To allow Plaintiff to effect service on Defendants United States Department of the Treasury Office of Foreign Assets Control, Jason E. Prince, Marshall Fields, and Charles Bishop through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for these defendants. The Clerk of Court is further instructed to (1) mark the box on the USM-285 forms labeled "Check for service on U.S.A."; (2) issue a summons; and (3) deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon these defendants. To allow Plaintiff to effect service on Defendants Paypal, Inc. and Robert Hurst through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for these defendants. The Clerk of Court is further instructed |

| | | |
|---|---|---|
| | | to (1) issue a summons; and (2) deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon these defendants. SO ORDERED. (Signed by Judge Mary Kay Vyskocil on 1/3/2022) (tg) Transmission to Pro Se Assistants for processing. (Entered: 01/04/2022) |
| 01/04/2022 | 15 | SUMMONS ISSUED as to Charles Bishop, Marshall Fields, Robert Hurst, PayPal, Inc., Jason E. Prince, U.S. Department of the Treasury. (aan) (Entered: 01/04/2022) |
| 01/04/2022 | | FRCP 4 SERVICE PACKAGE HAND DELIVERED TO U.S.M.: on 1/4/2022 Re: Judge Mary Kay Vyskocil 14 Order of Service. The following document(s) were enclosed in the Service Package: First Amended Complaint, Summons, IFP, Order of Service, Completed U.S.M. form(s) for defendant(s) Charles Bishop, Marshall Fields, Robert Hurst, PayPal Inc., Jason E. Prince, U.S. Department of the Treasury. (aan) (Entered: 01/04/2022) |
| 03/08/2022 | 16 | MARSHALS PROCESS RECEIPT AND RETURN OF SERVICE EXECUTED Summons and Amended Complaint, served. Charles Bishop served on 2/11/2022, answer due 4/12/2022. Service was accepted by Deion Lee, U.S. Dept. Treasury. Document filed by John Bal. (sc) Modified on 3/9/2022 (sc). Modified on 3/9/2022 (sc). (Entered: 03/09/2022) |
| 03/08/2022 | 17 | MARSHALS PROCESS RECEIPT AND RETURN OF SERVICE EXECUTED Summons and Amended Complaint, served. Jason E. Prince served on 2/26/2022, answer due 4/27/2022. Service was accepted by (Deion Lee at U.S. Dept. Treasury). Document filed by John Bal. (sc) Modified on 3/9/2022 (sc). (Entered: 03/09/2022) |
| 03/08/2022 | 18 | MARSHALS PROCESS RECEIPT AND RETURN OF SERVICE EXECUTED Summons and Amended Complaint, served. Marshall Fields served on 2/16/2022, answer due 4/18/2022. Service was accepted by Deion Lee, Dept. Treasury. Document filed by John Bal. (sc) (Entered: 03/09/2022) |
| 03/08/2022 | 19 | MARSHALS PROCESS RECEIPT AND RETURN OF SERVICE EXECUTED. Summons and Amended Complaint, served. U.S. Dept. of the Treasury's Office of Foreign Assets Control, served on 2/16/2022, answer due 4/18/2022. Service was accepted by Deion Lee, Dept. Treasury. Document filed by John Bal. (sc) (Entered: 03/09/2022) |
| 03/16/2022 | 20 | MARSHAL'S PROCESS RECEIPT AND RETURN OF SERVICE UNEXECUTED as to Robert Hurst. Attempted Service of Summons and Amended Complaint. Service was attempted on 2/9/22. Document filed by John Bal. (sc) (Entered: 03/17/2022) |
| 05/02/2022 | 21 | LETTER addressed to Judge Mary Kay Vyskocil from John Bal, dated 5/2/22 re: " PLAINTIFF REQUESTS A DEFAULT JUDGMENT AGAINST DEFENDANTS BISHOP, FIELDS, PRINCE, & TREASURY"– Bishop, Prince, Fields, and Treasury have neither answered within the required time period nor requested an extension of time to answer. I request that the USMS serve PayPal; and assuming PayPal did not mislead the USMS, I request that the USMS serve Hurst at PayPal Corporate Headquarters, 2211 N. 1st Street, San Jose, CA 95131. Document filed by John Bal.(sc) Modified on 5/3/2022 (sc). (Entered: 05/03/2022) |
| 05/26/2022 | 22 | LETTER addressed to Judge Mary Kay Vyskocil from Alyssa B. O'Gallagher dated May 26, 2022 re: Service of First Amended Complaint. Document filed by U.S. Department of the Treasury..(O'Gallagher, Alyssa) (Entered: 05/26/2022) |
| 06/10/2022 | 23 | LETTER addressed to Judge Mary Kay Vyskocil from John Bal dated June 10, 2022 re: USMS failure and lack of proper service upon defendants. Document filed by John Bal..(Bal, John) (Entered: 06/10/2022) |
| 06/13/2022 | 24 | LETTER addressed to Judge Mary Kay Vyskocil from John Bal, dated 6/13/22 re: Plaintiff's causes of action are the defendants' abuses of authority, unlawful obstruction of the plaintiff's planned trip to Cuba, withholding of the plaintiff's funds, and numerous violations of the Freedom of Information Act etc. Plaintiff respectfully requests that the Court order the USMS to expeditiously serve PayPal and Hurst at PayPal Corporate Headquarters, 2211 N. 1st Street, San Jose, CA 95131. Document filed by John Bal.(sc) (Entered: 06/14/2022) |
| 06/17/2022 | 25 | LETTER addressed to Judge Mary Kay Vyskocil from J. Bal, dated 6/16/22 re: Plaintiff writes to advise the Court that defendants PayPal, Inc. and Robert "Bob" |

| | | |
|---|---|---|
| | | Hurst (PayPal Compliance Officer) were served with the Summons and First Amended Complaint. On 6/16/22, on behalf of PayPal, Inc. and Robert Hurst, CT Corporation Systems accepted service of the Summons and First Amended Complaint(attached) Document filed by John Bal.(sc) (Entered: 06/17/2022) |
| 06/24/2022 | 26 | LETTER MOTION for Extension of Time to File Answer *or Otherwise Respond to Complaint* addressed to Judge Mary Kay Vyskocil from Alyssa B. O'Gallagher dated June 24, 2022. Document filed by U.S. Dept. of the Treasury's Office of Foreign Assets Control..(O'Gallagher, Alyssa) (Entered: 06/24/2022) |
| 06/28/2022 | 27 | LETTER MOTION for Extension of Time to File Answer *or otherwise respond to the First Amended Complaint* addressed to Judge Mary Kay Vyskocil from Kamali P. Willett dated June 28, 2022. Document filed by PayPal, Inc...(Willett, Kamali) (Entered: 06/28/2022) |
| 06/29/2022 | 28 | LETTER MOTION for Extension of Time addressed to Judge Mary Kay Vyskocil from Kamali P. Willett dated June 29, 2022. Document filed by Robert Hurst..(Willett, Kamali) (Entered: 06/29/2022) |
| 07/06/2022 | 29 | ORDER granting 26 Letter Motion for Extension of Time to Answer re 26 LETTER MOTION for Extension of Time to File Answer *or Otherwise Respond to Complaint* addressed to Judge Mary Kay Vyskocil from Alyssa B. O'Gallagher dated June 24, 2022., 12 Amended Complaint,. Granted. SO ORDERED. Charles Bishop answer due 8/15/2022; Marshall Fields answer due 8/15/2022; Jason E. Prince answer due 8/15/2022; U.S. Dept. of the Treasury's Office of Foreign Assets Control answer due 8/15/2022. (Signed by Judge Mary Kay Vyskocil on 7/6/2022) (tg) (Entered: 07/06/2022) |
| 07/06/2022 | 30 | ORDER granting 28 Letter Motion for Extension of Time. Granted. SO ORDERED. (Signed by Judge Mary Kay Vyskocil on 7/6/2022) (tg) (Entered: 07/06/2022) |
| 07/06/2022 | | Set/Reset Deadlines: Robert Hurst answer due 7/21/2022. (tg) (Entered: 07/06/2022) |
| 07/06/2022 | 31 | ORDER granting 27 Letter Motion for Extension of Time to Answer re 27 LETTER MOTION for Extension of Time to File Answer *or otherwise respond to the First Amended Complaint* addressed to Judge Mary Kay Vyskocil from Kamali P. Willett dated June 28, 2022., 12 Amended Complaint,. Granted. SO ORDERED. PayPal, Inc. answer due 7/21/2022. (Signed by Judge Mary Kay Vyskocil on 7/6/2022) (tg) (Entered: 07/06/2022) |
| 07/21/2022 | 32 | NOTICE OF APPEARANCE by Kamali Pettiford Willett on behalf of Robert Hurst, PayPal, Inc...(Willett, Kamali) (Entered: 07/21/2022) |
| 07/21/2022 | 33 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent PayPal Holdings, Inc. for PayPal, Inc.. Document filed by PayPal, Inc...(Willett, Kamali) (Entered: 07/21/2022) |
| 07/21/2022 | 34 | LETTER MOTION for Conference *pursuant to Rule 4(A)(i) of This Court's Individual Practice Rules* addressed to Judge Mary Kay Vyskocil from Kamali P. Willett dated July 21, 2022. Document filed by Robert Hurst, PayPal, Inc...(Willett, Kamali) (Entered: 07/21/2022) |
| 07/22/2022 | | NOTICE OF CASE REASSIGNMENT to Judge Gregory H. Woods. Judge Mary Kay Vyskocil is no longer assigned to the case. (vba) (Entered: 07/22/2022) |
| 07/22/2022 | 35 | LETTER addressed to Judge Mary Kay Vyskocil from J. Bal, dated 7/20/22 re: Presently before the Court is the plaintiff's Letter Motion(Doc. 21), dated 5/2/22 that seeks a default judgment etc. If permitted, the plaintiff respectfully withdraws this motion. In short, the plaintiff has recently learned that he did not fully comply with the requirements for a Default Judgment. Document filed by John Bal.(sc) (Entered: 07/22/2022) |
| 07/23/2022 | 36 | ORDER REFERRING CASE TO MAGISTRATE JUDGE. Order that case be referred to the Clerk of Court for assignment to a Magistrate Judge for Dispositive Motion (i.e., motion requiring a Report and Recommendation). General pretrial (includes scheduling, discovery, non−dispositive pretrial motions, and settlement). All such motions. Referred to Magistrate Judge Ona T. Wang. SO ORDERED. (Signed by Judge Gregory H. Woods on 7/22/22) (yv) Modified on 8/9/2022 (yv). (Entered: |

| | | |
|---|---|---|
| | | 07/25/2022) |
| 07/26/2022 | 37 | LETTER addressed to Magistrate Judge Ona T. Wang from J. Bal, dated 7/26/22 re: Plaintiff opposes PayPal's request for a pre−motion conference to dismiss his First Amended Complaint and to strke Robert "Bob" Hurst as a defendant in this action. In short, discovery is essential etc. As you likely know, I need copies of documents in PayPal's possession to defend against a motion to dismiss. Document filed by John Bal.(sc) (Entered: 07/26/2022) |
| 08/03/2022 | 38 | ORDER granting 34 Letter Motion for Conference re: 34 LETTER MOTION for Conference *pursuant to Rule 4(A)(i) of This Court's Individual Practice Rules* addressed to Judge Mary Kay Vyskocil from Kamali P. Willett dated July 21, 2022. Defendants' request for a pre−motion conference (ECF 34) to discuss their anticipated motions is GRANTED. The parties are directed to appear for an in−person conference on September 15, 2022 at 10:00 am in Courtroom 20D, at 500 Pearl Street, New York, NY 10007. The parties must be prepared to discuss the substantive issues in the case, Defendants anticipated motions, and positions on settlement. Status Conference set for 9/15/2022 at 10:00 AM in Courtroom 20D, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Ona T. Wang.. (Signed by Magistrate Judge Ona T. Wang on 8/3/2022) (rro) (Entered: 08/03/2022) |
| 08/10/2022 | 39 | LETTER MOTION to Adjourn Conference addressed to Magistrate Judge Ona T. Wang from John Bal dated 8/10/22. Document filed by John Bal..(Bal, John) (Entered: 08/10/2022) |
| 08/11/2022 | 40 | LETTER MOTION for Extension of Time to File Answer *or Otherwise Respond to Complaint* addressed to Magistrate Judge Ona T. Wang from Alyssa B. O'Gallagher dated August 11, 2022. Document filed by U.S. Dept. of the Treasury's Office of Foreign Assets Control..(O'Gallagher, Alyssa) (Entered: 08/11/2022) |
| 08/15/2022 | 41 | ORDER granting 40 Letter Motion for Extension of Time to Answer *or Otherwise Respond to Complaint* addressed to Magistrate Judge Ona T. Wang from Alyssa B. O'Gallagher dated August 11, 2022. Application GRANTED. SO ORDERED. 12 Amended Complaint,. Charles Bishop answer due 9/14/2022; Marshall Fields answer due 9/14/2022; Jason E. Prince answer due 9/14/2022; U.S. Dept. of the Treasury's Office of Foreign Assets Control answer due 9/14/2022. (Signed by Magistrate Judge Ona T. Wang on 8/15/2022) (vfr) (Entered: 08/15/2022) |
| 09/08/2022 | 42 | LETTER addressed to Magistrate Judge Ona T. Wang from John Bal, dated 9/9/22 re: I am out of the country and will return on 9/23/22. Presently, a conference is scheduled before the Court on 9/15/22(Doc. 38). In accordance with Your Honor's Individual Practices in Civil Cases, the plaintiff requests that this conference be adjourned to 9/26/22 or 10/4/22. Document filed by John Bal.(sc) (Entered: 09/08/2022) |
| 09/09/2022 | 43 | ORDER granting 39 Letter Motion to Adjourn Conference. Plaintiff filed the same request in ECF 42. The conference scheduled for September 15, 2022 (ECF 38) is adjourned to October 6, 2022 at 10:00am in Courtroom 20D at 500 Pearl Street, New York, NY 10007. (HEREBY ORDERED by Magistrate Judge Ona T. Wang)(Text Only Order) (jhw) (Entered: 09/09/2022) |
| 09/14/2022 | 44 | LETTER MOTION for Extension of Time *and Pre−motion Conference on Anticipated Motion to Dismiss* addressed to Magistrate Judge Ona T. Wang from Alyssa B. O'Gallagher dated September 14, 2022. Document filed by Charles Bishop, Marshall Fields, Jason E. Prince, U.S. Dept. of the Treasury's Office of Foreign Assets Control..(O'Gallagher, Alyssa) (Entered: 09/14/2022) |
| 09/15/2022 | 45 | ORDER granting 44 Letter Motion for Extension of Time. Federal Defendants' deadline to file a motion to dismiss is extended from September 14, 2022 to a date to be determined at the upcoming conference on October 6, 2022. (ECF 43). (HEREBY ORDERED by Magistrate Judge Ona T. Wang)(Text Only Order) (jhw) (Entered: 09/15/2022) |
| 10/04/2022 | 46 | LETTER MOTION to Adjourn Conference addressed to Magistrate Judge Ona T. Wang from Kamali P. Willett dated October 4, 2022. Document filed by Robert Hurst, PayPal, Inc...(Willett, Kamali) (Entered: 10/04/2022) |

| | | |
|---|---|---|
| 10/05/2022 | 47 | ORDER granting 46 Letter Motion to Adjourn Conference. The conference scheduled for October 6, 2022 is adjourned sine die. (HEREBY ORDERED by Magistrate Judge Ona T. Wang)(Text Only Order) (jhw) (Entered: 10/05/2022) |
| 10/05/2022 | 48 | LETTER addressed to Magistrate Judge Ona T. Wang from Alyssa B. O'Gallagher dated October 5, 2022 re: Proposed Briefing Schedule. Document filed by Charles Bishop, Marshall Fields, Jason E. Prince, U.S. Dept. of the Treasury's Office of Foreign Assets Control..(O'Gallagher, Alyssa) (Entered: 10/05/2022) |
| 11/01/2022 | 49 | ORDER: The Court will hold a telephonic Settlement Status Call on December 7, 2022, at 3:30 p.m. Only parties who have been formally dismissed are excused from attending the telephonic Settlement Status Call. The dial−in information is 866−390−1828, access code 158−2687. Counsel for Defendant United States Department of the Treasury, Office of Foreign Assets Control; Defendants Jason E. Prince and Marshall Fields in their official capacities; and Defendant Charles Bishop in his individual capacity (hereinafter "Federal Defendants"), filed a proposed briefing schedule on their anticipated Motion to Dismiss. (ECF 48). The Federal Defendants' Motion to Dismiss is due December 28, 2022. Plaintiff's opposition is due February 28, 2023. The Federal Defendants' reply is due March 14, 2023. (Motions due by 12/28/2022., Responses due by 2/28/2023, Replies due by 3/14/2023., Telephone Conference set for 12/7/2022 at 03:30 PM before Magistrate Judge Ona T. Wang.) (Signed by Magistrate Judge Ona T. Wang on 11/1/2022) (rro) (Entered: 11/01/2022) |
| 12/07/2022 | | Minute Entry for proceedings held before Magistrate Judge Ona T. Wang: Status/Settlement Conference held on 12/7/2022. (Quinn, Diane) (Entered: 01/05/2023) |
| 12/13/2022 | 50 | ***STRICKEN DOCUMENT. Document number 50 has been stricken from the case record. The document was stricken from this case pursuant to 52 Order . NOTICE OF VOLUNTARY DISMISSAL pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) and or their counsel(s), hereby give notice that the above−captioned action is voluntarily dismissed, with prejudice and without costs against the defendant(s) John Bal. Document filed by John Bal. **Proposed document to be reviewed and processed by Clerk's Office staff (No action required by chambers).**..(Bal, John) Modified on 12/13/2022 (ate). (Entered: 12/13/2022) |
| 12/13/2022 | 51 | NOTICE OF VOLUNTARY DISMISSAL pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) and or their counsel(s), hereby give notice that the above−captioned action is voluntarily dismissed, with prejudice and without costs against the defendant(s) John Bal. Document filed by John Bal. **Proposed document to be reviewed and processed by Clerk's Office staff (No action required by chambers).**..(Bal, John) (Entered: 12/13/2022) |
| 12/13/2022 | 52 | ORDER: The Clerk of Court is respectfully directed to strike ECF 50 from the docket. Pro se Plaintiff erroneously filed a document containing Plaintiff's personally identifiable information. (Signed by Magistrate Judge Ona T. Wang on 12/13/2022) (ate) (Entered: 12/13/2022) |
| 12/14/2022 | 53 | STIPULATION AND ORDER REGARDING VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANTS PAYPAL, INC., ROBERT "BOB" HURST, AND "JOHN DOE": It is hereby stipulated and agreed, by and between Plaintiff and Defendants Pay Pal. Inc., Robert "Bob" Hurst, and "John Doe," that pursuant to Federal Rules of Civil Procedure 41(a)(1), Plaintiff hereby dismisses all of his claims solely against these Defendants, with prejudice, and without costs or attorney's fees to any party. Plaintiff and Defendants Paypal, Inc., Robert "Bob" Hurst, and "John Doe" have stipulated to the dismissal of Plaintiff's claims against each of those defendants with prejudice pursuant to F.R.C.P. 41(a)(1). While described as a "Stipulation and Order Regarding Voluntary Dismissal with Prejudice of Defendants Paypal, Inc., Robert Bob' Hurst, and 'John Doe,'" the Court has not ordered any portion of the content of this document. Stipulations of dismissal under F.R.C.P. 41(a)(1) do not require Court order. The Clerk of Court is directed to remove the names of Paypal, Inc., Robert Bob Hurst, and John Doe from the caption of this case. SO ORDERED. (PayPal, Inc., "John Doe" (an Executive or Agent of PayPal) and Robert Hurst ((a/k/a "Bob"), Paypal Compliance Transaction Officer) terminated.) (Signed by Judge Gregory H. Woods on 12/14/22) (yv) (Entered: 12/15/2022) |

| | | |
|---|---|---|
| 12/28/2022 | 54 | MOTION to Dismiss . Document filed by Charles Bishop, Marshall Fields, Jason E. Prince, U.S. Dept. of the Treasury's Office of Foreign Assets Control..(O'Gallagher, Alyssa) (Entered: 12/28/2022) |
| 12/28/2022 | 55 | MEMORANDUM OF LAW in Support re: 54 MOTION to Dismiss . . Document filed by Charles Bishop, Marshall Fields, Jason E. Prince, U.S. Dept. of the Treasury's Office of Foreign Assets Control..(O'Gallagher, Alyssa) (Entered: 12/28/2022) |
| 12/28/2022 | 56 | DECLARATION of Marshall H. Fields, Jr. in Support re: 54 MOTION to Dismiss .. Document filed by Charles Bishop, Marshall Fields, Jason E. Prince, U.S. Dept. of the Treasury's Office of Foreign Assets Control. (Attachments: # 1 Exhibit A – FOIA Request, # 2 Exhibit B – DO Request Acknowledgement, # 3 Exhibit C – OFAC Request Acknowledgement, # 4 Exhibit D – Identity Verification, # 5 Exhibit E – Plaintiff Administrative Appeal, # 6 Exhibit F – OFAC Administrative Appeal Response, # 7 Exhibit G – DO Appeal Acknowledgement, # 8 Exhibit H – Denied Plaintiff's Administrative Appeal, # 9 Exhibit I – Final Response Letter, # 10 Exhibit J – Final Response Appeal).(O'Gallagher, Alyssa) (Entered: 12/28/2022) |
| 12/29/2022 | 57 | CERTIFICATE OF SERVICE of Local Civil Rule 12.1 Notice and Unpublished Authorities served on John Bal on December 29, 2022. Service was made by Mail. Document filed by Charles Bishop, Marshall Fields, Jason E. Prince, U.S. Dept. of the Treasury's Office of Foreign Assets Control..(O'Gallagher, Alyssa) (Entered: 12/29/2022) |
| 02/01/2023 | 58 | ORDER: To conserve resources, to promote judicial efficiency, and in an effort to achieve a faster disposition of this matter, it is hereby ORDERED that the parties must discuss whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before the assigned Magistrate Judge. If both parties consent to proceed before the Magistrate Judge, counsel for the defendant must, within two weeks of the date of this order file on ECF a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, a copy of which is attached to this order (and also available at https://nysd.uscourts.gov/sites/default/files/2018−06/AO−3.pdf). The executed form should be filed on ECF as a "Proposed Consent to Jurisdiction by US Magistrate Judge," and be described using the "Proposed Consent to Jurisdiction by US Magistrate Judge" filing event in accordance with ECF Rule 13.27. If the Court approves that form, all further proceedings will then be conducted before the assigned Magistrate Judge rather than before me. Any appeal would be taken directly to the United States Court of Appeals for the Second Circuit, as it would be if the consent form were not signed and so ordered. If either party does not consent to conducting all further proceedings before the assigned Magistrate Judge, the parties must file a joint letter, within two weeks of the date of this order advising the Court that the parties do not consent, but without disclosing the identity of the party or parties who do not consent. The parties are free to withhold consent without negative consequences. SO ORDERED. (Signed by Judge Gregory H. Woods on 2/1/2023) (rro) (Entered: 02/02/2023) |
| 02/14/2023 | 59 | PROPOSED CONSENT TO JURISDICTION BY US MAGISTRATE JUDGE by Charles Bishop, Marshall Fields, Jason E. Prince, U.S. Dept. of the Treasury's Office of Foreign Assets Control. Document filed by Charles Bishop, Marshall Fields, Jason E. Prince, U.S. Dept. of the Treasury's Office of Foreign Assets Control..(O'Gallagher, Alyssa) (Entered: 02/14/2023) |
| 02/15/2023 | 60 | CONSENT TO JURISDICTION BY A US MAGISTRATE JUDGE by John Bal, Charles Bishop, Marshall Fields, Jason E. Prince, U.S. Dept. of the Treasury's Office of Foreign Assets Control. (Case No Longer Referred to Magistrate Judge) CASE ASSIGNED to Magistrate Judge Ona T. Wang. (Signed by Judge Gregory H. Woods on 2/14/2023).(rro) (Entered: 02/15/2023) |
| 02/28/2023 | 61 | RESPONSE in Opposition to Motion re: 54 MOTION to Dismiss . . Document filed by John Bal..(Bal, John) (Entered: 02/28/2023) |
| 03/10/2023 | 62 | LETTER MOTION for Extension of Time to File Response/Reply addressed to Magistrate Judge Ona T. Wang from Alyssa B. O'Gallagher dated March 10, 2023. Document filed by Charles Bishop, Marshall Fields, Jason E. Prince, U.S. Dept. of the Treasury's Office of Foreign Assets Control..(O'Gallagher, Alyssa) (Entered: 03/10/2023) |

| | | |
|---|---|---|
| 03/13/2023 | 63 | ORDER granting 62 Letter Motion for Extension of Time to File Response/Reply re 62 LETTER MOTION for Extension of Time to File Response/Reply addressed to Magistrate Judge Ona T. Wang from Alyssa B. O'Gallagher dated March 10, 2023. The Federal Defendants request for an extension of time to file a reply in further support of their motion to dismiss (ECF 54) is GRANTED. (ECF 62). (See ECF 49). The Federal Defendants reply is now due March 21, 2023. The Clerk of Court is respectfully directed to close ECF 62. SO ORDERED. Replies due by 3/21/2023. (Signed by Magistrate Judge Ona T. Wang on 3/13/2023) (jca) (Entered: 03/13/2023) |
| 03/21/2023 | 64 | REPLY MEMORANDUM OF LAW in Support re: 54 MOTION to Dismiss . . Document filed by Charles Bishop, Marshall Fields, Jason E. Prince, U.S. Dept. of the Treasury's Office of Foreign Assets Control..(O'Gallagher, Alyssa) (Entered: 03/21/2023) |
| 03/25/2023 | 65 | CERTIFICATE OF SERVICE of Unpublished Authorities served on John Bal on March 25, 2023. Service was made by Email. Document filed by Charles Bishop, Marshall Fields, Jason E. Prince, U.S. Dept. of the Treasury's Office of Foreign Assets Control..(O'Gallagher, Alyssa) (Entered: 03/25/2023) |
| 09/30/2023 | 66 | NOTICE OF APPEARANCE by Alyssa O'Gallagher on behalf of Charles Bishop, Marshall Fields, Jason E. Prince, U.S. Dept. of the Treasury's Office of Foreign Assets Control..(O'Gallagher, Alyssa) (Entered: 09/30/2023) |
| 10/05/2023 | 67 | OPINION & ORDER: re: 54 MOTION to Dismiss filed by Charles Bishop, Jason E. Prince, U.S. Dept. of the Treasury's Office of Foreign Assets Control, Marshall Fields. For the foregoing reasons, Defendants' motion to dismiss under Rule 12(b)(6) for failure to state a claim is DENIED as to Claim IV and only to resolve Plaintiff's challenges to the redactions in documents already produced. Defendants' motion to dismiss is GRANTED in all other respects. The parties are directed to meet and confer about Plaintiff's challenges to thewithholdings made by OFAC pursuant to FOIA and submit a joint status letter to the Court on or before November 1, 2023. The Clerk of Court is respectfully requested to mail a copy of this Order to the pro se Plaintiff at the address listed on the docket. SO ORDERED. (Signed by Magistrate Judge Ona T. Wang on 10/05/2023) (ama) (Entered: 10/05/2023) |
| 11/01/2023 | 68 | STATUS REPORT. Document filed by Charles Bishop, Marshall Fields, Jason E. Prince, U.S. Dept. of the Treasury's Office of Foreign Assets Control..(O'Gallagher, Alyssa) (Entered: 11/01/2023) |
| 11/06/2023 | 69 | FIRST MOTION for Reconsideration re; 67 Memorandum & Opinion,,, . Document filed by John Bal..(Bal, John) (Entered: 11/06/2023) |
| 11/18/2023 | 70 | FIRST MOTION for Extension of Time *Notice of Appeal*. Document filed by John Bal..(Bal, John) (Entered: 11/18/2023) |
| 11/20/2023 | 71 | ORDER denying 70 Letter Motion for Extension of Time. ECF 69, Plaintiff's motion for reconsideration, is still pending before the Court. Moreover, the Court's prior decision did not fully close this case. Finally, I may not have the authority or jurisdiction to extend time to appeal. (HEREBY ORDERED by Magistrate Judge Ona T. Wang)(Text Only Order) (Wang, Ona) (Entered: 11/20/2023) |
| 11/20/2023 | 72 | MEMO ENDORSEMENT on re: 68 Status Report filed by Charles Bishop, Jason E. Prince, U.S. Dept. of the Treasury's Office of Foreign Assets Control, Marshall Fields ENDORSEMENT Application GRANTED. The parties shall filed their next joint status letter by December 1, 2023. SO ORDERED. (Signed by Magistrate Judge Ona T. Wang on 11/20/2023) (jca) (Entered: 11/20/2023) |
| 11/20/2023 | 73 | LETTER addressed to Magistrate Judge Ona T. Wang from Alyssa B. O'Gallagher dated November 20, 2023 re: Plaintiff's Motion for Leave to File Motion for Reconsideration. Document filed by Charles Bishop, Marshall Fields, Jason E. Prince, U.S. Dept. of the Treasury's Office of Foreign Assets Control..(O'Gallagher, Alyssa) (Entered: 11/21/2023) |
| 11/30/2023 | 74 | SECOND LETTER addressed to Magistrate Judge Ona T. Wang from John Bal dated 11–30–23 re: Court's Order ECF 67 at 8. Document filed by John Bal. (Attachments: # 1 Exhibit OFAC FOIA Denial Letter).(Bal, John) (Entered: 11/30/2023) |

| | | |
|---|---|---|
| 12/01/2023 | 75 | STATUS REPORT. Document filed by Charles Bishop, Marshall Fields, Jason E. Prince, U.S. Dept. of the Treasury's Office of Foreign Assets Control..(O'Gallagher, Alyssa) (Entered: 12/01/2023) |
| 12/06/2023 | 76 | MEMO ENDORSEMENT on re: 75 Status Report filed by Charles Bishop, Jason E. Prince, U.S. Dept. of the Treasury's Office of Foreign Assets Control, Marshall Fields. Application GRANTED. In the event Plaintiff continues to challenge the redactions made after the Government provides its detailed explanation, the parties are directed submit a proposed joint briefing schedule for cross−motions for summary judgment by January 12, 2024. SO ORDERED. (Signed by Magistrate Judge Ona T. Wang on 12/6/2023) (ks) (Entered: 12/06/2023) |
| 01/12/2024 | 77 | LETTER addressed to Magistrate Judge Ona T. Wang from Alyssa B. O'Gallagher dated January 12, 2024 re: Proposed Briefing Schedule. Document filed by Charles Bishop, Marshall Fields, Jason E. Prince, U.S. Dept. of the Treasury's Office of Foreign Assets Control..(O'Gallagher, Alyssa) (Entered: 01/12/2024) |
| 01/26/2024 | 78 | LETTER MOTION to Compel OFAC and Fields to Produce *Court Ordered "Detailed Explanation" for redaction of records requested by plaintiff pursuant to FOIA* addressed to Magistrate Judge Ona T. Wang from John Bal dated 1−26−24. Document filed by John Bal..(Bal, John) (Entered: 01/26/2024) |
| 02/01/2024 | 79 | MOTION for Default Judgment as to *defendants Bishop, Prince, and Fields*. Document filed by John Bal..(Bal, John) (Entered: 02/01/2024) |
| 03/01/2024 | 80 | LETTER addressed to Magistrate Judge Ona T. Wang from Alyssa B. O'Gallagher dated March 1, 2024 re: Outstanding Issues and Proposed Briefing Schedule. Document filed by Charles Bishop, Marshall Fields, Jason E. Prince, U.S. Dept. of the Treasury's Office of Foreign Assets Control. (Attachments: # 1 Exhibit A).(O'Gallagher, Alyssa) (Entered: 03/02/2024) |
| 03/12/2024 | 81 | LETTER addressed to Magistrate Judge Ona T. Wang from John Bal dated March 12, 2024 re: Plaintiff's Response to Defendants' Letter of March 1, 2024 (ECF 80). Document filed by John Bal..(Bal, John) (Entered: 03/12/2024) |
| 03/13/2024 | 82 | ORDER granting 69 Motion for Reconsideration re 69 FIRST MOTION for Reconsideration re; 67 Memorandum & Opinion,,, . filed by John Bal, 78 LETTER MOTION to Compel OFAC and Fields to Produce *Court Ordered "Detailed Explanation" for redaction of records requested by plaintiff pursuant to FOIA* addressed to Magistrate Judge Ona T. Wang from John Bal dated 1−26−24. filed by John Bal, 79 MOTION for Default Judgment as to *defendants Bishop, Prince, and Fields*. filed by John Bal ; denying 78 Letter Motion to Compel; denying 79 Motion for Default Judgment The Court is in receipt of Defendants' letter at ECF 80. Plaintiff's motion for leave to file a motion for reconsideration (ECF 69) is GRANTED. Plaintiff is directed to file his motion for reconsideration by Friday, April 19, 2024. Defendants are directed to file their response, if any, by Friday, May 17, 2024. Plaintiff is directed to file his reply, if any, by Friday, June 28, 2024. The Court adopts Defendants' proposed briefing schedule for cross−motions for summary judgment. (ECF 80 at 2). Defendants are directed to file their motion for summary judgment by April 19, 2024. Plaintiff is directed to file his cross−motion for summary judgment and opposition to Defendants' motion by June 7, 2024. Defendants are directed to file their reply to Plaintiff's opposition and their opposition to Plaintiff's cross−motion by June 28, 2024. Plaintiff is directed to file his reply to Defendants' opposition by July 26, 2024. The Court is also in receipt of Plaintiff's letter motion for civil contempt (ECF 78) and motion for default judgment (ECF 79). Plaintiffs letter motion for civil contempt is DENIED. Plaintiff's bare assertion that the "detailed explanation" provided by Defendants in their January 12, 2024 letter did not comply with the Court's December 6, 2023 Order (ECF 76) is insufficient to merit a finding of civil contempt. Moreover, I have reviewed the letter sent to Plaintiff by the Defendants on January 12, 2024 (ECF 80−1), which Plaintiff did not attach to his motion, and find that the Defendants' explanation was both detailed and thorough. Plaintiff's motion for default judgment against Defendants Bishop, Prince, and Fields is also DENIED. The Court's October 5, 2023 Opinion & Order (ECF 67) dismissed all claims against the Defendants except for Plaintiff's FOIA claims "only to the extent that Plaintiff seeks to challenge OFAC's redactions of the records produced." (ECF 67 at 8). There are no longer any pending claims against these three individual Defendants on which default judgment may be granted. Additionally, Plaintiff has not complied with Rule 55 of the Federal Rules of |

| Date | # | Description |
|---|---|---|
| | | Civil Procedure and Local Rules 55.1 and 55.2 by requesting and obtaining a Clerk's certificate of default prior to filing a motion for default judgment. The Clerk of Court is respectfully directed to close ECF Nos. 69, 78, and 79. (Signed by Magistrate Judge Ona T. Wang on 3/13/2024) (rro) (Entered: 03/13/2024) |
| 03/13/2024 | | Set/Reset Deadlines: Cross Motions due by 6/7/2024. Motions due by 4/19/2024. Responses due by 6/28/2024 Replies due by 7/26/2024. (rro) (Entered: 03/13/2024) |
| 03/27/2024 | 83 | SECOND MOTION for Reconsideration . Document filed by John Bal..(Bal, John) (Entered: 03/27/2024) |
| 04/03/2024 | 84 | LETTER addressed to Magistrate Judge Ona T. Wang from John Bal dated April 3, 2024 re: ECF 83 Correction of Defendants' Names. Document filed by John Bal..(Bal, John) (Entered: 04/03/2024) |
| 04/10/2024 | 85 | LETTER MOTION for Extension of Time *and Confirmation of Filing Dates* addressed to Magistrate Judge Ona T. Wang from John Bal dated April 10, 2024. Document filed by John Bal..(Bal, John) (Entered: 04/10/2024) |
| 04/11/2024 | 86 | ORDER denying 85 Letter Motion for Extension of Time. The Court has reviewed ECF Nos. 82 and 85. There are two briefing schedules in effect. Plaintiff's Motion for Reconsideration Friday, April 19, 2024: Plaintiff's Motion for Reconsideration due. Friday, May 17, 2024: Defendants' response due. Friday, June 18, 2024: Plaintiff's reply due. Cross Motions for Summary Judgment April 19, 2024: Defendants' motion for summary judgment due. June 7, 2024: Plaintiff's cross−motion for summary judgment and opposition to Defendants' motion due. June 28, 2024: Defendants' reply in support of motion for summary judgment and opposition to Plaintiff's cross−motion for summary judgment due. July 26, 2024: Plaintiffs' reply in support of cross−motion for summary judgment due. Plaintiff's motion for an extension of time is DENIED. The Clerk of Court is respectfully directed to close ECF 85. (Signed by Magistrate Judge Ona T. Wang on 4/11/2024) (rro) (Entered: 04/11/2024) |
| 04/11/2024 | | Set/Reset Deadlines: Cross Motions due by 6/7/2024. Motions due by 4/19/2024. Responses due by 6/28/2024 Replies due by 7/26/2024. (rro) (Entered: 04/11/2024) |
| 04/17/2024 | 87 | LETTER MOTION for Extension of Time addressed to Magistrate Judge Ona T. Wang from Alyssa B. O'Gallagher dated April 17, 2024. Document filed by Charles Bishop, Marshall Fields, Jason E. Prince, U.S. Dept. of the Treasury's Office of Foreign Assets Control..(O'Gallagher, Alyssa) (Entered: 04/17/2024) |
| 04/19/2024 | 88 | ORDER terminating 87 Letter Motion for Extension of Time. The Court has reviewed ECF 87. The parties are directed to re−file their proposed briefing schedules in chart form by April 25, 2024. The chart must show both the existing deadlines and the proposed extended deadlines. SO ORDERED.. (Signed by Magistrate Judge Ona T. Wang on 4/19/2024) (rro) (Entered: 04/19/2024) |
| 04/25/2024 | 89 | LETTER MOTION for Extension of Time addressed to Magistrate Judge Ona T. Wang from Alyssa B. O'Gallagher dated April 25, 2024. Document filed by Charles Bishop, Marshall Fields, Jason E. Prince, U.S. Dept. of the Treasury's Office of Foreign Assets Control..(O'Gallagher, Alyssa) (Entered: 04/25/2024) |
| 04/30/2024 | 90 | ORDER granting 89 Letter Motion for Extension of Time. Application GRANTED. The Court adopts the proposed schedule. The briefing deadlines for Federal Defendants' Summary Judgment Motion and Plaintiff's Motion for Reconsideration are extended nunc pro tunc. (Signed by Magistrate Judge Ona T. Wang on 4/30/2024) (rro) (Entered: 04/30/2024) |
| 04/30/2024 | | Set/Reset Deadlines: Cross Motions due by 6/21/2024. Motions due by 5/3/2024. Responses due by 7/12/2024 Replies due by 8/9/2024. (rro) (Entered: 04/30/2024) |
| 04/30/2024 | 91 | LETTER MOTION for Extension of Time addressed to Magistrate Judge Ona T. Wang from John Bal dated April 30, 2024. Document filed by John Bal..(Bal, John) (Entered: 04/30/2024) |
| 05/01/2024 | 92 | LETTER MOTION for Extension of Time addressed to Magistrate Judge Ona T. Wang from Alyssa B. O'Gallagher dated May 1, 2024. Document filed by Charles Bishop, Marshall Fields, Jason E. Prince, U.S. Dept. of the Treasury's Office of Foreign Assets Control..(O'Gallagher, Alyssa) (Entered: 05/01/2024) |

| | | |
|---|---|---|
| 05/02/2024 | 93 | ORDER denying without prejudice 92 Letter Motion for Extension of Time. The Court is in receipt of the parties' joint letter motion at ECF 92 requesting a five−day extension of the deadline for Defendants to file their motion for summary judgment, and the deadline for Plaintiff to file his motion for reconsideration. The parties' letter motion (ECF 92) is DENIED WITHOUT PREJUDICE. The parties are directed to re−file this request with proposed briefing schedules in chart form no later than May 5, 2024. The chart must show both the existing deadlines and the proposed extended deadlines. Because there has been confusion over the briefing deadlines in this case in the past, see ECF 85, all future requests for deadline extensions must be accompanied by proposed briefing schedules in chart form, showing both the existing deadlines and the proposed extended deadlines. The Clerk is respectfully directed to close ECF 92. (Signed by Magistrate Judge Ona T. Wang on 5/2/2024) (rro) (Entered: 05/02/2024) |
| 05/02/2024 | 94 | OPINION & ORDER re: 91 LETTER MOTION for Extension of Time addressed to Magistrate Judge Ona T. Wang from John Bal dated April 30, 2024. filed by John Bal. The Court is in receipt of Plaintiff's letter motion at ECF 91 requesting that briefing on cross−motions for summary judgment be delayed until thirty days after the close of discovery. Plaintiff's letter motion (ECF 91) is DENIED. The basis for Plaintiff's request for an extension of the summary judgment briefing deadlines is his request to obtain discovery before filing his cross−motion. Plaintiff's discovery request is premature as he will have the opportunity to review the agency's submissions, including affidavits and declarations, before filing his cross−motion for summary judgment and opposition to the Defendants' motion. In addition to his request being premature, Plaintiff has not made any allegation, let alone showing, of bad faith on Defendants' part to justify discovery. The Clerk is respectfully directed to close ECF 91 (Signed by Magistrate Judge Ona T. Wang on 5/2/2024) (rro) (Entered: 05/02/2024) |
| 05/05/2024 | 95 | LETTER MOTION for Extension of Time addressed to Magistrate Judge Ona T. Wang from Alyssa B. O'Gallagher dated May 5, 2024. Document filed by Charles Bishop, Marshall Fields, Jason E. Prince, U.S. Dept. of the Treasury's Office of Foreign Assets Control..(O'Gallagher, Alyssa) (Entered: 05/05/2024) |
| 05/06/2024 | 96 | ORDER granting 95 Letter Motion for Extension of Time. Application GRANTED nunc pro tunc. The Court hereby adopts the above proposed deadlines. Motions due by 5/8/2024. (Signed by Magistrate Judge Ona T. Wang on 5/6/2024) (ate) (Entered: 05/06/2024) |
| 05/08/2024 | 97 | MOTION for Summary Judgment . Document filed by U.S. Dept. of the Treasury's Office of Foreign Assets Control..(O'Gallagher, Alyssa) (Entered: 05/08/2024) |
| 05/08/2024 | 98 | MEMORANDUM OF LAW in Support re: 97 MOTION for Summary Judgment . . Document filed by U.S. Dept. of the Treasury's Office of Foreign Assets Control..(O'Gallagher, Alyssa) (Entered: 05/08/2024) |
| 05/08/2024 | 99 | DECLARATION of Sean W. Haynes in Support re: 97 MOTION for Summary Judgment .. Document filed by U.S. Dept. of the Treasury's Office of Foreign Assets Control. (Attachments: # 1 Exhibit A − Vaughn Index).(O'Gallagher, Alyssa) (Entered: 05/08/2024) |
| 05/08/2024 | 100 | NOTICE of To Pro Se Litigant Who Opposes a Motion For Summary Judgment. Document filed by U.S. Dept. of the Treasury's Office of Foreign Assets Control. (Attachments: # 1 Exhibit Fed. R. Civ. P. 56, # 2 Exhibit Local Rule 56.1).(O'Gallagher, Alyssa) (Entered: 05/08/2024) |
| 05/09/2024 | 101 | MOTION for Reconsideration . Document filed by John Bal..(Bal, John) (Entered: 05/09/2024) |
| 05/13/2024 | 102 | LETTER MOTION to Stay *Motion to Recuse* addressed to Magistrate Judge Ona T. Wang from John Bal dated May 13, 2924. Document filed by John Bal..(Bal, John) (Entered: 05/13/2024) |
| 05/13/2024 | 103 | LETTER MOTION to Substitute Attorney. Old Attorney: Pro Se, New Attorney: Appointment Pending *Request for Pro Bono Counsel* addressed to Magistrate Judge Ona T. Wang from John Bal dated May 13, 2024. Document filed by John Bal..(Bal, John) (Entered: 05/13/2024) |

| | | |
|---|---|---|
| 05/24/2024 | 104 | OPINION AND ORDER re: 102 LETTER MOTION to Stay *Motion to Recuse* addressed to Magistrate Judge Ona T. Wang from John Bal dated May 13, 2924. filed by John Bal. For the foregoing reasons, Plaintiff's motion for recusal is DENIED. The briefing deadlines remain in effect. The Clerk is respectfully directed to close ECF 102. SO ORDERED. (Signed by Magistrate Judge Ona T. Wang on 5/24/2024) (rro) (Entered: 05/24/2024) |
| 05/31/2024 | 105 | MEMORANDUM OF LAW in Opposition re: 101 MOTION for Reconsideration . . Document filed by Charles Bishop, Marshall Fields, Jason E. Prince, U.S. Dept. of the Treasury's Office of Foreign Assets Control..(O'Gallagher, Alyssa) (Entered: 05/31/2024) |
| 06/02/2024 | 106 | SECOND LETTER MOTION to Stay *For Recusal* addressed to Magistrate Judge Ona T. Wang. Document filed by John Bal..(Bal, John) (Entered: 06/02/2024) |
| 06/02/2024 | 108 | LETTER addressed to Magistrate Judge Ona T. Wang from John Bal dated 6/2/2024 re: Second Motion for Recusal. Document filed by John Bal..(rro) (Entered: 06/04/2024) |
| 06/04/2024 | 107 | SECOND LETTER MOTION to Stay dated June 2, 2024. Document filed by John Bal..(Bal, John) (Entered: 06/04/2024) |
| 06/07/2024 | 109 | FIRST LETTER addressed to Magistrate Judge Ona T. Wang from John Bal dated June 7, 2024 re: Motion to Strike Scandalous Material. Document filed by John Bal..(Bal, John) (Entered: 06/07/2024) |
| 06/10/2024 | 110 | OPINION AND ORDER re: 107 SECOND LETTER MOTION to Stay dated June 2, 2024. filed by John Bal. Accordingly, Plaintiff's motion for reconsideration is DENIED. The Clerk is directed to close ECF 107. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 44445 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue). (Signed by Magistrate Judge Ona T. Wang on 6/10/2024) (rro) (Entered: 06/10/2024) |
| 06/10/2024 | 111 | OPINION AND ORDER re: 103 LETTER MOTION to Substitute Attorney. Old Attorney: Pro Se, New Attorney: Appointment Pending *Request for Pro Bono Counsel* addressed to Magistrate Judge Ona T. Wang from John Bal dated May 13, 2024. filed by John Bal. Accordingly, Plaintiff's motion is DENIED. The Clerk is directed to close ECF 103. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 44445 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue). (Signed by Magistrate Judge Ona T. Wang on 6/10/2024) (rro) (Entered: 06/10/2024) |
| 06/12/2024 | 112 | THIRD LETTER MOTION for Extension of Time addressed to Magistrate Judge Ona T. Wang from John Bal dated June 12, 2024. Document filed by John Bal..(Bal, John) (Entered: 06/12/2024) |
| 06/13/2024 | 113 | ORDER granting 112 Letter Motion for Extension of Time. The Court is in receipt of ECF 112. Plaintiff's letter motion is GRANTED IN PART and DENIED IN PART. The deadline for Plaintiff to submit his cross−motion for summary judgment is hereby extended to July 22, 2024. The deadline for Plaintiff to submit his reply in support of his motion for reconsideration is hereby extended to July 29, 2024. Plaintiff's letter motion is DENIED in all other respects. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 44445 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue). Cross Motions due by 7/22/2024. (Signed by Magistrate Judge Ona T. Wang on 6/13/2024) (rro) (Entered: 06/13/2024) |
| 06/13/2024 | | Set/Reset Deadlines: Replies due by 7/29/2024. (rro) (Entered: 06/13/2024) |
| 07/11/2024 | 114 | LETTER MOTION for Extension of Time to Amend 12 Amended Complaint, *Leave to Amend First Amended Complaint* addressed to Magistrate Judge Ona T. Wang from John Bal dated July 11, 2024. Document filed by John Bal..(Bal, John) (Entered: 07/11/2024) |

| | | |
|---|---|---|
| 07/17/2024 | 115 | LETTER addressed to Magistrate Judge Ona T. Wang from John Bal dated July 17, 2024 re: Order to Serve Defendants with Court–Filed Documents. Document filed by John Bal..(Bal, John) (Entered: 07/17/2024) |
| 07/19/2024 | 116 | LETTER MOTION for Leave to File Withdrawal of Magistrate Judge addressed to Judge Gregory H. Woods from John Bal dated July 19, 2024. Document filed by John Bal..(Bal, John) (Entered: 07/19/2024) |
| 07/19/2024 | 117 | LETTER MOTION for Extension of Time addressed to Magistrate Judge Ona T. Wang from John Bal dated July 19, 2024. Document filed by John Bal..(Bal, John) (Entered: 07/19/2024) |
| 07/23/2024 | 118 | ORDER denying 116 Letter Motion for Leave to File Document; granting in part and denying in part 117 Letter Motion for Extension of Time. The Court is in receipt of ECF 117. Plaintiff's letter motion is GRANTED IN PART and DENIED IN PART. The deadline for Plaintiff to submit his cross–motion for summary judgment is hereby extended nunc pro tunc to August 22, 2024. The deadline for Plaintiff to submit his reply in support of his motion for reconsideration is hereby extended to August 29, 2024. ECF 117 is DENIED in all other respects. The Court is also in receipt of Plaintiff's letter motion at ECF 116. Plaintiff requests leave to file a motion to withdraw his February 15, 2023 consent to jurisdiction by a magistrate judge (ECF 60). "Once given, [consent to jurisdiction by a magistrate judge] may be withdrawn... on request of a party who shows 'extraordinary circumstances' warranting such relief." McCarthy v. Bronson, 906 F.2d 835, 838 (2d Cir. 1990), aff'd, 500 U.S. 136, 111 S. Ct. 1737, 114 L. Ed. 2d 194 (1991) (citing 28 U.S.C. § 636(c)(6)). No such circumstances exist here. Accordingly, ECF 116 is DENIED. In the alternative, to the extent Plaintiff's motion is construed a motion for my recusal, ECF 116 is DENIED for the same reasons set forth in the Court's prior orders (ECF Nos. 104 and 110) denying his first motion for recusal (ECF 102) and his motion for reconsideration (ECF 107). The Court will address Plaintiff's remaining motions in due course. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue). The Clerk is respectfully directed to close ECF Nos. 116 and 117. SO ORDERED. ( Cross Motions due by 8/22/2024.). (Signed by Magistrate Judge Ona T. Wang on 7/23/24) (yv) (Entered: 07/23/2024) |
| 07/25/2024 | 119 | ORDER Accordingly, because Mr. Bal has failed to show that extraordinary circumstances warrant a vacatur of the assignment of this matter to Judge Wang, Mr. Bal's motion to withdraw consent of jurisdiction, Dkt. No. 116, is DENIED. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 44445 (1962). The Clerk of Court is directed to terminate the motion pending at Dkt. No. 116 and to mail a copy of this order to Plaintiff. (And as further set forth herein.) SO ORDERED. (Signed by Judge Gregory H. Woods on 7/25/2024) (jca) (Entered: 07/25/2024) |
| 07/28/2024 | 120 | LETTER addressed to Magistrate Judge Ona T. Wang from Alyssa B. O'Gallagher dated July 28, 2024 re: Plaintiff's July 17, 2024 Letter (Dkt. No. 115). Document filed by Charles Bishop, Marshall Fields, Jason E. Prince, U.S. Dept. of the Treasury's Office of Foreign Assets Control..(O'Gallagher, Alyssa) (Entered: 07/28/2024) |
| 08/01/2024 | 121 | LETTER addressed to Magistrate Judge Ona T. Wang from John Bal dated August 1, 2024 re: ECF 120. Document filed by John Bal..(Bal, John) (Entered: 08/01/2024) |
| 08/19/2024 | 122 | FOURTH LETTER MOTION for Extension of Time addressed to Magistrate Judge Ona T. Wang from John Bal dated August 19, 2024. Document filed by John Bal..(Bal, John) (Entered: 08/19/2024) |
| 08/21/2024 | 123 | PETITION FOR WRIT FILED by John Bal in the U.S.Court of Appeals for the Second Circuit..(nd) (Entered: 08/21/2024) |
| 08/22/2024 | 124 | LETTER addressed to Magistrate Judge Ona T. Wang from John Bal dated August 22, 2024 re: Writ pgs. 14–15. Document filed by John Bal. (Attachments: # 1 Supplement Writ pgs. 14–15).(Bal, John) (Entered: 08/22/2024) |

| | | |
|---|---|---|
| 08/23/2024 | 125 | ORDER granting in part and denying in part 122 Letter Motion for Extension of Time. The Court is in receipt of ECF 122. Plaintiff's letter motion is GRANTED IN PART and DENIED IN PART. The deadline for Plaintiff to submit his cross−motion for summary judgment is hereby extended to September 23, 2024. The deadline for Plaintiff to submit his reply in support of his motion for reconsideration is hereby extended to September 30, 2024. As this is Plaintiff's 4th request, there shall be no further extensions. ECF 122 is DENIED in all other respects. The Clerk of Court is respectfully directed to close ECF No. 122. SO ORDERED. Cross Motions due by 9/23/2024. (Signed by Magistrate Judge Ona T. Wang on 8/23/2024) (mml) (Entered: 08/26/2024) |
| 08/23/2024 | | Set/Reset Deadlines: Replies due by 9/30/2024. (mml) (Entered: 08/26/2024) |
| 08/27/2024 | 126 | LETTER addressed to Magistrate Judge Ona T. Wang from John Bal dated August 26, 2024 re: Four Pending Motions and a Pending Request. Document filed by John Bal..(Bal, John) (Entered: 08/27/2024) |
| 08/29/2024 | 127 | LETTER MOTION to Expedite *Second Motion for Withdrawal of the Magistrate Judge* addressed to Judge Gregory H. Woods from John Bal dated August 28, 2024. Document filed by John Bal..(Bal, John) (Entered: 08/29/2024) |
| 08/31/2024 | 128 | LETTER addressed to Magistrate Judge Ona T. Wang from John Bal dated August 28, 2024 re: Copy of Motion to Judge Woods. Document filed by John Bal..(Bal, John) (Entered: 08/31/2024) |
| 09/06/2024 | 129 | PETITION FOR A WRIT TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK AND EMERGENCY MOTION FOR A STAY PENDING CONSIDERATION OF THIS PETITION. Document filed by John Bal.(jjc) Modified on 9/13/2024 (jjc). (Entered: 09/09/2024) |
| 09/14/2024 | 130 | LETTER MOTION for Extension of Time addressed to Judge Gregory H. Woods from John Bal dated September 14, 2024. Document filed by John Bal..(Bal, John) (Entered: 09/14/2024) |
| 09/22/2024 | 131 | MOTION for Summary Judgment . Document filed by John Bal..(Bal, John) (Entered: 09/22/2024) |
| 09/22/2024 | 132 | MOTION for Summary Judgment . Document filed by John Bal..(Bal, John) (Entered: 09/22/2024) |
| 09/22/2024 | 133 | MOTION for Summary Judgment . Document filed by John Bal..(Bal, John) (Entered: 09/22/2024) |
| 09/27/2024 | 134 | ORDER denying 127 Letter Motion to Expedite. Accordingly, because Mr. Bal has failed to show extraordinary circumstances that justify vacatur of the reference to Judge Wang and because Mr. Bal's Rule 60 motion must be addressed to her, Mr. Bal's motion, Dkt. No. 127, is DENIED. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444–45 (1962). The Clerk of Court is directed to terminate the motion pending at Dkt. No. 127 and to mail a copy of this order to Plaintiff. SO ORDERED. (Signed by Judge Gregory H. Woods on 9/27/2024) (sgz) (Entered: 09/27/2024) |
| 09/30/2024 | 135 | REPLY MEMORANDUM OF LAW in Support re: 69 FIRST MOTION for Reconsideration re; 67 Memorandum & Opinion,,, . . Document filed by John Bal..(Bal, John) (Entered: 09/30/2024) |
| 09/30/2024 | 136 | REPLY MEMORANDUM OF LAW in Support re: 133 MOTION for Summary Judgment ., 132 MOTION for Summary Judgment . *ECF 132 is plaintiff's memorandum of law*. Document filed by John Bal..(Bal, John) (Entered: 09/30/2024) |
| 10/18/2024 | 137 | ORDER with respect to 131 Motion for Summary Judgment; with respect to 132 Motion for Summary Judgment; with respect to 133 Motion for Summary Judgment. Upon review, it is not clear if Plaintiff's cross−motion is also meant to oppose Defendants' motion for summary judgment. (ECF 97).Plaintiff is directed to file his opposition to Defendants' motion for summary judgment, if any, by November 8, 2024. Defendants' reply, if any, is due by November 22, 2024. Defendants are directed |

| | | |
|---|---|---|
| | | to file their opposition to Plaintiffs' cross−motion for summary judgment by November 1, 2024. Plaintiff's reply, if any, is due by November 22, 2024. There will be no extensions to the above briefing schedules. SO ORDERED. (Signed by Magistrate Judge Ona T. Wang on 10/18/2024) (sgz) (Entered: 10/18/2024) |
| 10/18/2024 | | Set/Reset Deadlines: Responses due by 11/8/2024 Replies due by 11/22/2024. (sgz) (Entered: 10/18/2024) |
| 10/25/2024 | 138 | LETTER addressed to Magistrate Judge Ona T. Wang from John Bal dated October 25, 2024 re: Ex Parte Communications. Document filed by John Bal..(Bal, John) (Entered: 10/25/2024) |
| 10/29/2024 | 139 | MOTION for Reconsideration re; 137 Order on Motion for Summary Judgment,,,,,,,,,,,, . Document filed by John Bal..(Bal, John) (Entered: 10/29/2024) |
| 10/29/2024 | 140 | MOTION for Reconsideration *Memorandum of Law*. Document filed by John Bal..(Bal, John) (Entered: 10/29/2024) |
| 10/30/2024 | 141 | MOTION for Recusal */Withdrawal of Consent of Magistrate Judge*. Document filed by John Bal..(Bal, John) (Entered: 10/30/2024) |
| 10/30/2024 | 142 | LETTER MOTION to Continue *Letter Motion for a Continuance* addressed to Judge Gregory H. Woods from John Bal dated October 30, 2024. Document filed by John Bal..(Bal, John) (Entered: 10/30/2024) |
| 10/30/2024 | 143 | LETTER MOTION to Continue *Copy of Letter Motion for a Continuance to Judge Gregory H. Woods* addressed to Magistrate Judge Ona T. Wang from John Bal dated October 30, 2024. Document filed by John Bal..(Bal, John) (Entered: 10/30/2024) |
| 10/31/2024 | 144 | LETTER addressed to Magistrate Judge Ona T. Wang from John Bal dated November 2, 2024 re: Re−Serve Rule 90 Motion. Document filed by John Bal..(Bal, John) (Entered: 10/31/2024) |
| 10/31/2024 | 145 | ORDER denying 142 Letter Motion to Continue. Application denied. Plaintiff's request for a continuance of this case, Dkt. No 142., is denied because it is not properly before this Court. Plaintiff must address any request to the trial court in this matter to Judge Wang. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 142. SO ORDERED. (Signed by Judge Gregory H. Woods on 10/31/2024) (sgz) (Entered: 10/31/2024) |
| 11/01/2024 | 146 | LETTER MOTION to Continue *for a continuance of this proceeding* addressed to Magistrate Judge Ona T. Wang from John Bal dated November 1, 2024. Document filed by John Bal..(Bal, John) (Entered: 11/01/2024) |
| 11/01/2024 | 147 | MEMORANDUM OF LAW in Opposition re: 131 MOTION for Summary Judgment . . Document filed by U.S. Dept. of the Treasury's Office of Foreign Assets Control, Charles Bishop, Jason E. Prince, Marshall Fields..(O'Gallagher, Alyssa) (Entered: 11/01/2024) |
| 11/08/2024 | 148 | LETTER addressed to Magistrate Judge Ona T. Wang from John Bal dated November 8, 2024 re: A pending Court of Appeals decision, five pending material motions, and three pending requests.. Document filed by John Bal..(Bal, John) (Entered: 11/08/2024) |
| 11/08/2024 | 149 | ORDER denying 146 Letter Motion to Continue. The Court is in receipt of Plaintiff John Bal's letters at ECF 146 and 148. On October 18, 2024, I ordered Plaintiff to file his opposition to Defendants' motion for summary judgment, if any, by November 8, 2024, and made clear that there would be no extensions to the briefing schedule. (ECF 137). Plaintiffs November 8 letter at ECF 148 asserts that filing an opposition to Defendants' motion for summary judgment is "premature" and requests a "continuance of this proceeding." (ECF 148). If Plaintiff is requesting an extension to the briefing schedule, that request is DENIED. To the extent that Plaintiff requests a stay of the briefing schedule pending resolution of Plaintiff's numerous outstanding motions and his mandamus petition pending in the Second Circuit, that request is also DENIED. The outstanding motions have no bearing on the parties cross motions for summary judgment. The Clerk of Court is respectfully directed to close ECF 146. SO ORDERED. (Signed by Magistrate Judge Ona T. Wang on 11/8/2024) (ar) (Entered: 11/12/2024) |

| | | |
|---|---|---|
| 11/22/2024 | 150 | ORDER terminating 114 Motion for Extension of Time to Amend ; terminating 140 Motion for Reconsideration. As discussed above, none of the requests or motions identified by Plaintiff in ECF 148 are "pending" or "undecided" or constitute a reason for the Court to stay a decision on the parties' cross−motions for summary judgment. Plaintiffs filings in the Second Circuit are also not a reason to stay consideration of the parties' summary judgment motions, which are either fully briefed or due to be fully briefed. To the extent ECF 148 and any other filings seek a continuance or stay of this case for any reasons that overlap with those addressed here, they are DENIED. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444–45 (1962). The Clerk of Court is respectfully directed to close ECF 114 and 140. SO ORDERED. (Signed by Magistrate Judge Ona T. Wang on 11/22/2024) (sgz) (Entered: 11/22/2024) |
| 11/22/2024 | 151 | RESPONSE in Support of Motion re: 97 MOTION for Summary Judgment . . Document filed by U.S. Dept. of the Treasury's Office of Foreign Assets Control..(O'Gallagher, Alyssa) (Entered: 11/22/2024) |
| 11/22/2024 | 152 | REPLY MEMORANDUM OF LAW in Support re: 131 MOTION for Summary Judgment . . Document filed by John Bal..(Bal, John) (Entered: 11/22/2024) |
| 12/06/2024 | 153 | MOTION for Reconsideration re; 150 Order on Motion for Extension of Time to Amend, Order on Motion for Reconsideration,,,,,,,,, *Memorandum of Law for Reconsideration*. Document filed by John Bal..(Bal, John) (Entered: 12/06/2024) |
| 12/06/2024 | 154 | LETTER addressed to Magistrate Judge Ona T. Wang from John Bal re: December 6, 2024. Document filed by John Bal..(Bal, John) (Entered: 12/06/2024) |
| 12/09/2024 | 155 | OPINION & ORDER re: 133 MOTION for Summary Judgment . filed by John Bal, 131 MOTION for Summary Judgment . filed by John Bal, 97 MOTION for Summary Judgment . filed by U.S. Dept. of the Treasury's Office of Foreign Assets Control, 132 MOTION for Summary Judgment filed by John Bal. For the foregoing reasons, the Defendants' cross−motion for summary judgment is GRANTED and Plaintiff's cross−motion for summary judgment is DENIED. The Clerk of Court is respectfully directed to enter judgment for Defendants, close the case, and close all open motions in the case. SO ORDERED. (Signed by Magistrate Judge Ona T. Wang on 12/9/2024) (sgz) Transmission to Orders and Judgments Clerk for processing. (Entered: 12/10/2024) |
| 12/10/2024 | 156 | CLERK'S JUDGMENT re: 155 Opinion & Order. in favor of U.S. Dept. of the Treasury's Office of Foreign Assets Control, Charles Bishop, Jason E. Prince, Marshall Fields against John Bal. It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Opinion and Order dated December 09, 2024, the Defendants' cross−motion for summary judgment is GRANTED and Plaintiffs cross−motion for summary judgment is DENIED. Judgment is entered for the defendants and the case is closed. (Signed by Clerk of Court Tammi M Hellwig on 12/10/2024) (Attachments: # 1 Notice of right to appeal) (nd) (Entered: 12/10/2024) |
| 01/21/2025 | 157 | MANDATE of USCA (Certified Copy) USCA Case Number 24−2183. Petitioner, proceeding pro se, has filed a petition for a writ of mandamus, and motions for leave to proceed in forma pauperis, to stay the district court proceedings, and to file supplementary papers. Upon due consideration, it is hereby ORDERED that the motions for leave to proceed in formapauperis and to file supplementary papers are GRANTED. It is further ORDERED that the mandamus petition is DENIED because Petitioner has not demonstrated "that his right to issuance of the writ is clear and indisputable... and that the writ is appropriate under the circumstances."Cheney v. U.S. Dist. Ct. for D.C., 542 U.S. 367, 38081 (2004) (citations and quotation marks omitted). It is further ORDERED that the motion to stay is DENIED as moot.. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Issued As Mandate: 01/21/2025..(nd) (Entered: 01/21/2025) |
| 01/26/2025 | 158 | **FILING ERROR – NO ORDER SELECTED FOR APPEAL –** NOTICE OF APPEAL. Document filed by John Bal. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Bal, John) Modified on 1/27/2025 (km). (Entered: 01/26/2025) |

| | | |
|---|---|---|
| 01/27/2025 | | ***NOTICE TO FILER REGARDING DEFICIENT APPEAL. Notice to filer John Bal to RE–FILE Document No. 158 Notice of Appeal. The filing is deficient for the following reason(s): the order/judgment being appealed was not selected. The documents need to be filed separately. Re–file the appeal using the event type Notice of Appeal found under the event list Appeal Documents – attach the correct signed PDF – select the correct named filer/filers – select the correct order/judgment being appealed. File the motion for leave to proceed in forma pauperis using Motions and Related Filings, Motions, Appeal In Forma Pauperis. (km)** (Entered: 01/27/2025) |
| 01/27/2025 | 159 | **FILING ERROR – NO ORDER SELECTED FOR APPEAL** – NOTICE OF APPEAL. Document filed by John Bal. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Bal, John) Modified on 1/28/2025 (tp). (Entered: 01/27/2025) |
| 01/27/2025 | 160 | MOTION for Leave to Appeal in forma pauperis . Document filed by John Bal..(Bal, John) (Entered: 01/27/2025) |
| 01/28/2025 | | ***NOTICE TO FILER REGARDING DEFICIENT APPEAL. Notice to John Bal to RE–FILE Document No. 159 Notice of Appeal. The filing is deficient for the following reason(s): the order/judgment being appealed was not selected. Re–file the appeal using the event type Notice of Appeal found under the event list Appeal Documents – attach the correct signed PDF – select the correct named filer/filers – select the correct order/judgment being appealed. (tp)** (Entered: 01/28/2025) |
| 01/28/2025 | 161 | NOTICE OF APPEAL from 155 Memorandum & Opinion,,,. Document filed by John Bal. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Bal, John) (Entered: 01/28/2025) |
| 01/28/2025 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 161 Notice of Appeal.(km) (Entered: 01/28/2025) |
| 01/28/2025 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 161 Notice of Appeal filed by John Bal were transmitted to the U.S. Court of Appeals. (km) (Entered: 01/28/2025) |